IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| DYANNA BLACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3-18-CV-00333-DGK |
| | ) | |
| CITY OF KANSAS CITY, | ) | |
| MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO STRIKE JURY DEMAND OF
## KANSAS CITY OF POLICE COMMISSIONERS

COMES NOW Plaintiff, pursuant to Federal Rule of Civil Procedure 12(f)(2), and moves this Court to strike the jury demand of the Kansas City Board of Police Commissioners on the basis that Plaintiff seeks prospective, injunctive equitable relief only against Defendants, and, thus, there is no entitlement to trial by jury. Plaintiff's suggestions in support are filed herewith.

Respectfully submitted,

/s/ Anthony E. Rothert
ANTHONY E. ROTHERT, Mo. Bar No. 44827
JESSIE STEFFAN, Mo. Bar No. 64861
ACLU OF MISSOURI FOUNDATION
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
*tel*. (314) 652-3114
arothert@aclu-mo.org
jsteffan@aclu-mo.org

GILLIAN R. WILCOX, Mo. Bar No. 61278
ACLU OF MISSOURI FOUNDATION
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
*tel.* (816) 470-9938
gwilcox@aclu-mo.org

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 8, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and a copy was made available electronically to counsel for defendants, who is an electronic filing participant.

                                                      /s/ Anthony E. Rothert